UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA FORD,<br><br>Defendant | Criminal No. 23cr10235<br><br>Violations:<br><br>Counts One - Three: Interstate Transmission of Threatening Communication<br>(18 U.S.C. § 875(c)) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. JOSHUA FORD ("FORD") resided in Kingston, Massachusetts. Between about 2009 and about 2017, FORD served as a deputy sheriff in the Middlesex County Sheriff's Office.

2. On or about March 3, 2023, FORD established a new Yahoo email account. On or about March 13, 2023, between about 10:05 a.m. and about 10:41 a.m., FORD used this new account to send 12 messages to various groups of people. For example, he sent one email to 29 members of the Kingston Police Department. He sent a second email to staff at the Massachusetts Sherriffs' Assocation. In total, FORD's 12 messages listed about 140 individual recipients, almost all employees of Massachusetts law enforcement agencies.

3. Most of the emails had the same subject line, "Ford Here." All were signed "Joshua P. Ford Middlesex Deputy Sheriff," though FORD no longer held that position. All contained the same text, including the sentence, "I am calling on all able bodied officers my brothers in blue to suit up for a fight." FORD's email then asked those law enforcement officers to arm themselves with firearms and armored vehicles and declared, "Tomorrow we burn down the Plymouth County Court house to the ground." Justifying this call to action, the emails lamented, among other things,

"the corrupt judges wearing Walmart sheets or the DA's reading sticky notes for their scripted lies…" The emails also included the following rationalization:

> Their *(sic)* is no more justice system anymore just WAR. Theirs *(sic)* only two sides to this from this point on. Your *(sic)* either a good man and women *(sic)* standing by *(sic)* side to save this state … Or your *(sic)* standing in front of me and your going to reap the fucking whirlwind for being a corrupt mother fucker."

4. At the bottom of each email was a link to a video titled, "War Has Been Declared Fuck'em All." FORD had posted that video to BitChute, a British video hosting service, at about 8:56 a.m. on or about March 13, 2023. FORD had also posted an identical copy of the video to his YouTube channel at about 9:22 a.m. on or about the same day. Beneath the video, each of the webpages displayed text nearly identical to the email messages described above. This text included the call to "all able bodied officers" and a declaration that, "Tomorrow we burn down the Plymouth County Court house to the ground."

5. The video posted to BitChute and then to YouTube is about 11 minutes long. In it, FORD sits in in a kitchen and speaks directly to the camera. He makes various statements about police officers, correctional officers, court officers, a judge, a prosecutor, defense attorneys, and others. FORD's principal assertion is that the justice system is corrupt. About five and a half minutes into the video, FORD expresses particular contempt for Middlesex Sheriff's officers, about whom he says, "And guess what? I'm fucking coming. I'm fucking coming, and hell's fucking coming with me. I'm going to fucking get every last one of you motherfuckers. I know where you work. And I am coming to get you."

6. About eight minutes into the video, FORD states that he has a court appearance scheduled for March 14, 2023. FORD expresses contempt for the defense attorney, prosecutor, judge, and court security officers assigned to this matter. Regarding the court security officers, he states, "And the fucking idiot, fucking fat-assed, lazy fucking, retarded-looking court officers: Go

fuck yourselves, OK? You have no idea what I'm coming to do to you people. I am going to burn that fucking courthouse down. … I'm fucking coming to kill you. That is what I'm fucking coming to do."

7. FORD makes similar statements in other portions of the video. Specifically, at about nine minutes, FORD says, "I'm going to fucking punch out the fucking court officer at the fucking X-ray machine. ... I'm going to fucking break the arms and legs of fucking every court officer in that building." At about ten minutes into the video, FORD says, "I'm going to fuck them all up beyond all measure of means. I'm going to put their fucking heads, their fucking skulls, on my fucking dining room table as a decorative fucking fruit bowl. I'm going to fuck 'em up." FORD then exhorts law enforcement officers to to assist him by bringing guns, gasoline, C-4, armored personnel carriers, and swat teams to his confrontation.

8. At about ten and a half minutes into the video, FORD says, "I'm going to level the fucking Plymouth Courthouse. And you're going to do it with me. I don't care if I'm going alone. I'm going to roar in there at 100 fucking mph in my Shelby GT 500, and I am going to fucking burn that fucking place to the ground." He closes the video by declaring, "I will see you there, Tuesday 8:30 in the fucking morning. … And I am going to fucking see justice done, or I'm going to go down in fucking flames, and I am going to take as many of those motherfuckers with me as I fucking can."

## COUNT ONE
### Interstate Transmission of Threatening Communication
### (18 U.S.C. § 875(c))

The Grand Jury charges:

9. The allegations contained in paragraphs 1 through 8 are re-alleged and incorporated herein by reference.

10. At or about 9:22 a.m. on March 13, 2023, in the District of Massachusetts and elsewhere, the defendant,

JOSHUA FORD,

intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: a YouTube video titled "War Has Been Declared Fuck 'em All," and did so for the purpose of issuing such a threat, knowing that the communication would be viewed as such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
### Interstate Transmission of Threatening Communication
### (18 U.S.C. § 875(c))

The Grand Jury further charges:

11. The allegations contained in paragraphs 1 through 8 are re-alleged and incorporated herein by reference.

12. At or about 10:10 a.m. on March 13, 2023, in the District of Massachusetts and elsewhere, the defendant,

JOSHUA FORD,

intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: an email addressed to members of the Kingston Police Department and with the subject line "Ford Here," and did so for the purpose of issuing such a threat, knowing that the communication would be viewed as such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury further charges:

13.   The allegations contained in paragraphs 1 through 8 are re-alleged and incorporated herein by reference.

14.   At or about 10:23 a.m. on March 13, 2023, in the District of Massachusetts and elsewhere, the defendant,

JOSHUA FORD,

intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: an email addressed to three employees of the Massachusetts Sheriffs' Association and with the subject line "Ford Here," and did so for the purpose of issuing such a threat, knowing that the communication would be viewed as such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*/s/ Michelle J. Horden*
FOREPERSON

*/s/ Amanda Beck*
AMANDA BECK
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: August 30, 2023
Returned into the District Court by the Grand Jurors and filed.

08/30/2023
DEPUTY CLERK

7