| | |
|---|---|
| **From:** | Joshua Ford |
| **To:** | ███████@mass.gov; ███████@mass.gov ███████@mass.gov |
| **Subject:** | Ford Here |
| **Date:** | Monday, March 13, 2023 10:23:05 AM |

How much money was this all worth to the Middlesex Sheriffs Dept. How much money was it worth to the corrupt judges wearing Walmart sheets or the DA's reading sticky notes for their scripted lies and prosecution without representation. How Much cash did Mary Kate Geary, Bill White and Christopher Sheehan Attorneys that sold me and my children down the river make? How much did Parole Officer Travis Dustin or Kingston's finest friends of Mallory Canavan get paid. Officers Gallo and McDonald and God knows how many others! For Promotion, for a cut of the profits or just to be one of the cool dirty cops. The United States of America was founded on Freedom from Tyranny and Oppression and Tyranny and Oppression is what we got right here right now! You want to celebrate the Fourth of July with a cold beer in your hand and know your really Free. You want to go to bed at night and know your children are safe and you won't be murdered for being a good guy... I am calling on all able bodied officers my brothers in blue to suit up for a fight. Grab your Vest, Grab your guns, cruisers, shot guns, M16's and armored vehicles! Tomorrow we burn down the Plymouth County Court house to the ground. We do it for Teddy Dillons mom, for Sheriff DiPaola's family, for my family for my kids and for your families. If they can kill the very best of us like Teddy and torture me and my children with impunity than their is no justice system anymore just WAR. Theirs only two sides to this from this point on. Your either a good man and women standing by side to save this state, to save this country and to save my daughter. Or your standing in front of me and your going to reap the fucking whirlwind for being a corrupt mother fucker! Happy 4th of July lets kick off the fireworks early...

War Has Been Declared Fuck'em All



**War Has Been Declared Fuck'em All**

How much money was this all worth to the Middlesex Sheriffs Dept.
How much money was it worth to the corrupt jud...

Joshua P. Ford Middlesex Deputy Sheriff.